UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EDDY ANTOINE,                                          :   CV 02 1992 (ARR) (RLM)
                                                       :
                    Plaintiff,                         :
                                                       :   STIPULATION
            -against-                                  :   DISCONTINUING ACTION
                                                       :   WITH PREJUDICE
EL AL ISRAEL AIRLINES,                                 :
                                                       :
                    Defendant.                         :
-------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned, the attorneys of record for plaintiff and defendants that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, with all claims, discontinued against all parties, with prejudice, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:     New York, New York
           July 13, 2004

_____
Steven G. Schiesel, Esq.
Pecoraro & Schiesel
Attorneys for Plaintiff
41 Madison Avenue, 40th Floor
New York, New York 10010
(212) 344-5053

_____
Ronald E. Pace, Esq.
Ronald E. Pace & Associates
227 Nassau Boulevard
Garden City, new York 11530
(516) 489-9600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EDDY ANTOINE,  : CV 02 1992 (ARR) (RLM)
             Plaintiff, :
            :
            : **STIPULATION**
    -against- : **DISCONTINUING ACTION**
            : **WITH PREJUDICE**
            :
EL AL ISRAEL AIRLINES, :
             Defendant. :
-------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned, the attorneys of record for plaintiff and defendants that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, with all claims, discontinued against all parties, with prejudice, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:     New York, New York
            July 13, 2004

_____
Steven G. Schiesel, Esq.
Pecoraro & Schiesel
Attorneys for Plaintiff
41 Madison Avenue, 40th Floor
New York, New York 10010
(212) 344-5053


_____
Ronald E. Pace, Esq.
Ronald E. Pace & Associates
227 Nassau Boulevard
Garden City, new York 11530
(516) 489-9600